IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CASCADES TISSUE GROUP - PENNSYLVANIA, INC., <br><br> Plaintiff and Counter-defendant, <br><br> v. <br><br> UNITED STEEL, PAPER, AND FORESTRY, RUBBER, MANUFACTURING, ENERGY, ALLIED INDUSTRIAL AND SERVICE WORKERS INTERNATIONAL UNION, et al., <br><br> Defendants and Counterclaimants. | CIVIL ACTION <br><br> NO. 14-1117 |

### ORDER

**AND NOW**, this 6th day of August 2015, upon consideration of the Complaint (Doc. No. 1), Defendants' Answer and Counterclaim (Doc. No. 5), Plaintiff's Answer to Counterclaim (Doc. No. 9), Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 11), Defendants' Response in Opposition (Doc. No. 12), Defendants' Motion for Judgment on the Pleadings (Doc. No. 12), Plaintiff's Response in Opposition (Doc. No. 13), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Plaintiff's Motion for Judgment on the Pleadings (Doc. No. 11) is **DENIED** and Defendants' Motion for Judgment on the Pleadings (Doc. No. 12) is **GRANTED**. This matter is referred to arbitration. The Clerk of the Court shall close this case for statistical purposes.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.